# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW SWAINSON, Petitioner, | : | CIVIL ACTION |
| v. | : | No. 18-4434 |
| LAWRENCE MAHALLY, et al., Respondents. | : | |

FILED
DEC 11 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**JOHN R. PADOVA, J.**

AND NOW, this 11th day of December, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner Andrew Swainson's Motion for a Stay is GRANTED and his petition for a writ of habeas corpus is STAYED and held in ABEYANCE until the conclusion of Petitioner's state court proceedings.

3. Petitioner shall return to federal court within thirty days following the conclusion of his state court proceedings. If Petitioner does not return to federal court within that time, this stay and abeyance order will be vacated and his petition will be denied without prejudice.

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

JOHN R. PADOVA
U.S. DISTRICT COURT JUDGE